Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| Daniel Cole Cantrell | § | CASE NO. 14-70018-hdh-13 |
| AND | § | |
| Raynee Amber Cantrell | § | Hearing on February 12, 2014 |
| | § | 10:30 AM |

NOTICE OF HEARING ON
DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

COME NOW Daniel Cole Cantrell and wife, Raynee Amber Cantrell, Debtors, and file this Notice of Hearing. Attorney for Debtors hereby notifies that hearing on Debtors' Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:30 o'clock A M, February 12, 2014, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certified that on January 28, 2014, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtors

Debtor(s): **Daniel Cole Cantrell**
**Raynee Amber Cantrell**

Case No:
Chapter: **13**

**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

A-1 Collection Agency-Southwest
715 Horizon Dr
Grand Junction, CO 81506

Adv Network Sys/Laplata County
215 Pitkin
Grand Junction, CO 81501

Agency of Cr Cntrol/Colorardo I
2014 S Pontiac Way
Denver, CO 80224

Allied Interstate/Direct Energy
PO Box 1954
Southgate, MI 48195-1954

Animas Credit Union
850 Municipal Driv
Farmington, NM 87401

Bank Of America
Po Box 982235
El Paso, TX 79998

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

Cdi Affiliated Serv/Mercy Med D
1451 N Hartman St
Boise, ID 83704

City of Iowa Park, IPISD, Wichi
c/o Harold Lerew
PO Box 8188
Wichita Falls, TX 76307

Commonwealth Finance
245 Main Street
Scranton, PA 18519

Credit Protection Association,
PO Box 802068
Dallas, TX 75380

Daniel Cole Cantrell
708 S Park Ave
Iowa Park, TX 76367

Durango Credit & Collection
3050 Main Ave
Durango, CO 81301

Executive Services
PO Box 2248
Wichita Falls, TX 76307

First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147

GEMB/HH Gregg
PO Box 103106
Roswell, GA 30076

HSBC Retail Services
Attention: Bankruptcy Dept
PO Box 15522
Wilmington, DE 19850

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Kell West Regional Hospital
5420 Kell West Blvd
Wichita Falls, TX 76310

KTX Emergency Physicians
PO Box 98596
Las Vegas, NV 89193

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240

Lowes/MBGA
PO Box 103065
Roswell, GA 30076

MCarthy, Holthus & Ackerman, LL
1255 West 15th Street, Ste 1060
Plano, TX 75075

Raynee Amber Cantrell
708 S Park Ave
Iowa Park, TX 76367

Receivables Performance Managem
20816 44th Ave W
Lynnwood, WA 98036

San Juan Regional Medical Cente
801 West Maple Street
Farmington, NM 87401

TXU Energy
200 W John Carpenter Fwy
Irving, TX 75039

United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301

West Asset Management
3432 Jefferson Avenue
Texarkana, AR 71854

Wfnnb/maurices
PO Box 182273
Columbus, OH 43218